UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| AMSTED INDUSTRIES INC.<br><br>Plaintiff,<br><br>v.<br><br>BUCKEYE STEEL CASTINGS CO.<br><br>Defendant. | Case No. 01C3336<br><br>Judge Zagel |



## NOTICE OF MOTION

To: Gregory J. Vogler
Sharon A. Hwang
Sandra A. Frantzen
McAndrews, Held & Malloy, Ltd.
500 W. Madison St.
Chicago, Illinois 60606

And

Buckeye Steel Castings Co.,
Joe W. Harden, President and CEO, and
John R. Downes, Director of Engineering,
2211 Parsons Avenue,
Columbus, Ohio 43207

KINDLY TAKE NOTICE that on Thursday, October 24, 2002 at 10:15 a.m., Defendant Buckeye Steel Castings Company's attorneys shall appear before the Honorable James B. Zagel in the courtroom usually occupied by him, Room 2103, 219 South Dearborn Street, Chicago, Illinois 60603, and then and there present their



Defendant's Motion Of Attorneys Shifley, Cooperman, Burow And Berghammer To Withdraw, a copy of which accompanies this notice.

Date: Oct. 16, 2002

By: *Charles W. Shifley*
Charles W. Shifley
Marc S. Cooperman
Joseph A. Berghammer
Scott A. Burow
**BANNER & WITCOFF, LTD.**
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
Telephone: (312) 715-1000
Facsimile: (312) 715-1234

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| AMSTED INDUSTRIES INC.<br><br>Plaintiff,<br><br>v.<br><br>BUCKEYE STEEL CASTINGS CO.<br><br>Defendant. | Case No. 01C3336<br><br>Judge Zagel |

### MOTION OF PLAINTIFFS' ATTORNEYS SHIFLEY, COOPERMAN, BUROW AND BERGHAMMER TO WITHDRAW

The following attorneys for the defendant, Buckeye Steel Castings Company, move for leave of court to withdraw because good cause exists appropriate to a request for permission to withdraw: Charles W. Shifley, Marc S. Cooperman, Scott A. Burow, and Joseph J. Berghammer.

A condition exists appropriate to a request for permission of this tribunal to withdraw. Reasonable steps have been taken to avoid foreseeable prejudice to the rights of the client, including giving due notice to the client, and allowing time for employment of other counsel, as needed. Further, all materials in the possession of the undersigned will be retained and access provided according to law.

The attorneys also move for leave to submit documentation to the Court in camera if the Court wishes to see that the documentation justifies the motion, proves the good cause, and proves the steps taken to preserve the client's interests. The attorneys have moved to submit documentation in camera to preserve the attorney-client privilege of the client.

A memorandum supplements and supports this motion. Based on this motion and the memorandum, permission to withdraw is requested as moved, without need of in camera